## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ATLAS STAINLESS CORPORATION PRIVATE LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>  Defendant,<br><br>and<br><br>CARPENTER TECHNOLOGY CORPORATION, ELECTRALLOY, A DIVISION OF G.O. CARLSON, INC., NORTH AMERICAN STAINLESS, and VALBRUNA SLATER STAINLESS, INC.,<br><br>  Defendant-Intervenors. | Before: Joseph A. Laroski, Jr., Judge<br><br>Court No. 26-02192 |
| LAXCON STEELS LIMITED, OCEAN STEELS PRIVATE LIMITED, METLAX INTERNATIONAL PRIVATE LIMITED, PARVATI PRIVATE LIMITED, and MEGA STEELS PRIVATE LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>  Defendant. | Before: Joseph A. Laroski, Jr., Judge<br><br>Court No. 26-02393 |

Court Nos. 26-02192; 26-02393                                                      Page 2

## ORDER

Upon consideration of the Consent Motion to Intervene as a Matter of Right in Court No. 26-02393, and upon consideration of the Consent Motion to Consolidate Cases in Court Nos. 26-02192 and 26-02393, and upon other papers and proceedings had herein, it is hereby

**ORDERED** that the Consent Motion to Intervene in Court No. 26-02393 is granted; and it is further

**ORDERED** that Carpenter Technology Corporation, Electralloy, a Division of G.O. Carlson, Inc., North American Stainless, and Valbruna Slater Stainless, Inc. are parties to the action in Court No. 26-02393 as Defendant-Intervenors; and it is further

**ORDERED** that the Motions to Consolidate Cases in Court Nos. 26-02192 and 26-02393 are granted; and it is further

**ORDERED** that the above-captioned cases are consolidated under the lead case Atlas Stainless Steel Corporation Private Limited v. United States, Consol. Court No. 26-02192; and it is further **ORDERED** that all further filings shall be made in the lead case Atlas Stainless Steel Corporation Private Limited v. United States, Consol. Court No. 26-02192; and it is further

**ORDERED** that when the parties submit their proposed scheduling order, they should take steps to prevent the filing of duplicate arguments. Should the parties fail to take such steps, in the interest of the conservation of judicial resources, the court reserves the right to unilaterally alter their proposed scheduling order to prevent the submission of largely duplicate briefing. The parties are reminded to review Judge Laroski's template for preparation of the joint scheduling order and the Standard Chambers Procedures for briefing and joint appendices found on the court's website.

/s/      Joseph A. Laroski, Jr.
                                                                      Judge

Dated: May 13, 2026
        New York, New York