UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 12

| |
|---|
| Laxcon Steels Limited, Ocean Steels Private Limited, Metlax International Private Limited, Parvati Private Limited, and Mega Steels Private<br>Plaintiff,<br>v.<br>United States<br>Defendant. |

Court No.        26-02393

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that  Peter Koenig, SBA Trade Law

has been substituted as attorney of record for  plaintiff        in this action in place of

Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP, Ned Marshak, Andrew Schutz, Jordan Kahn        .

Dated:  5/10/2026                        Laxcon Steels Limited,  et. al.

By:_____
Signature of Client

* * * * * * * * * *

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action

as attorney for  Laxcon Steels Limited, Ocean Steels Private Limited, Metlax International Private Limited,

Parvati Private Limited, and Mega Steels Private Limited,        , the  plaintiff        herein,

and requests that all papers in connection therewith be served upon  him

The individual attorney in the undersigned firm, corporate law department, or the

Government, who is responsible for the litigation, is  Peter Koenig        .

Dated:  5/10/2026

|  |
|---|
| Peter Koenig |
| Name |
| /s/ Peter Koenig |
| Signature |
| SBA Trade Law |
| Firm |
| 1455 Pennsylvania Avenue, NW Suite 400 |
| Street Address |
| Washington DC 20004 |
| City, State and Zip Code |
| 202 669 1901 |
| Telephone Number |
| peter.koenig@sbaworld.co |
| E-mail address |

By:  Peter Koenig
New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)